IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>      Plaintiff,<br><br>   v.<br><br>ADE A. HAMZA, Morenike Hamza and<br>Wells Fargo Bank, N.A.,<br><br>      Defendants.<br>_____/ | No. 10-05435 CW<br><br>ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS AND REMANDING COMPLAINT |

   Defendants Ade A. Hamza and Morenike Hamza, husband and wife, apply for leave to proceed in forma pauperis (IFP) to remove the above-captioned complaint against them from state court to federal court.  The matter was decided on the papers.  Having considered all of the papers filed by Defendants, the Court DENIES the application to proceed IFP and remands the complaint on its own motion.

## DISCUSSION

   A court may authorize a party to pursue an action in federal court without prepayment of fees or security if the party submits an affidavit showing that he or she is unable to pay such fees or provide such security.  See 28 U.S.C. § 1915(a).  From Defendants' IFP application, it appears that they do not qualify for IFP status.  Ade Hamza is employed and earns $2,620 per month from a consulting job.  Ade Hamza owns a residence valued at $320,000 with

1  a monthly mortgage of $1,100.  Although the Hamzas' monthly
2  disposable income is low due to household and family expenses, the
3  Court finds that this is not a situation that warrants the granting
4  of IFP status.

5     Furthermore, Defendants seek to remove the complaint to this
6  Court based on their counter-claims for violations of federal law.
7  However, the original state court case filed against them alleges
8  only state law claims.  Because this Court lacks subject matter
9  jurisdiction over the original complaint, it remands it back to
10 state court on its own motion.  See Valdez v. Allstate Ins. Co.,
11 372 F.3d 1115, 1116 (9th Cir. 2004) (federal courts obliged to
12 consider on their own motion whether they have subject matter
13 jurisdiction).  Defendants' counter-claims must be remanded as
14 well.

15    Accordingly, Defendants' IFP applications are denied and this
16 case is remanded.  The Clerk shall return the file to the Superior
17 Court for Alameda County.

18    IT IS SO ORDERED.

20 Dated: 1/25/2011

                                    CLAUDIA WILKEN
                                    United States District Judge